BABU S. KALLUVILAYIL
584945 Robertson Unit
12071 FM 3522
Abilene, Texas 79601

F9100956-H

FILED

2015 JAN 26 PM 4:18
FILED IN
5th COURT OF APPEALS
DALLAS, TEXAS
9/15/2015 3:18:45
LISA MATZ
Clerk

January 19, 2015

Hon. Gary Fitzsimmons, District Clerk
Frank Crowley Courts Building
133 N. Riverfront Blvd., LB-12
Dallas, Texas 75207-4313

RE: Babu S. Kalluvilayil v. The State of Texas
Criminal District Court Cause No. F9100956-H
W9100956 A, B, C, D

Dear Mr. Fitzsimmons:

Enclosed are the originals of my NOTICE OF APPEAL and DECLARATION OF INDIGENCE for filing among the papers in the above referenced case. I have also enclosed carbon copies of same that I ask that you "File/Date" stamp and return to me.

This letter is my formal request that two (2) sets of the Reporter's Record and the Clerk's Record — one for the Court of Appeals and one for sending to me — be prepared for my appeal.

Be advised that I have forwarded carbon copies of the enclosed, under cover of a copy of this letter, to the Dallas County Criminal District Attorney.

I once again thank you, in advance, for your kind and generous assistance with this matter.

Very respectfully, I remain,
Your obedient servant,

Kalluvilayil, B.
BABU S. KALLUVILAYIL, Appellant

BSK/grs
cc: Crim. Dist. Att'y
    Mr. Gordon R. Simmonds

CAUSE NO._____ FILED
2015 JAN 26 PM 4:18

BABU S. KALLUVILAYIL        §    I N   T H E

VS                          §  CRIMINAL DISTRICT COURT

THE STATE OF TEXAS          §  OF DALLAS COUNTY, TEXAS

<u>NOTICE OF APPEAL</u>

TO THE HONORABLE JUDGE OF SAID COURT:

   COMES NOW Babu S. Kalluvilayil, Defendant pro se in this action seeking DNA Testing under Chapter 64 of the Texas Code of Criminal Procedure, to hereby give notice of appeal to the Texas Court of Appeals for the Fifth Appellate District at Dallas, from an Order and Judgment dismissing the case entered in this action on the 24th day of October, 2014.

                    Respectfully submitted,

                    _Kalluvilayil, B_
                    BABU S. KALLUVILAYIL
                    Robertson Unit, TDCJ No. 584945
                    12071 FM 3522
                    Abilene, Texas 79601-8799

CAUSE NO. _____

FILED
2015 JAN 26 PM 4: 18

GARY FITZSIMMONS
DISTRICT CLERK
DEPUTY

BABU S. KALLUVILAYIL          §          I N   T H E

V.                            §     CRIMINAL DISTRICT COURT

THE STATE OF TEXAS            §     OF DALLAS COUNTY, TEXAS

## DECLARATION OF INDIGENCE

TO THE HONORABLE JUDGE OF SAID COURT:

My name is Babu Samuel Kalluvilayil, and I declare that I am over the age of eighteen years, of sound mind, and capable of making this Declaration. I further declare that all facts and statements contained herein are within my personal knowledge and are true and correct.

As required by Rule 20.2 of the Texas Rules of Appellate Procedure, I state that I am the Defendant appealing the order of dismissal of my Motion for DNA testing, and that because of my poverty I am unable to pay the costs and fees which are normally required that a party seeking appeal must pay. I further state that the information I give below, relating to my inability to pay costs in this appeal, are true and correct.

1. I am presently incarcerated at the Robertson Unit of the Texas Department of Criminal Justice's Correctional Institutions Division where I am not permitted to earn or handle money.

2. I am a widower and have no spousal income.

3. I do not own any real estate or other personal property.

4. I have a ZERO balance in my Inmate Trust Fund Account.

5. I have no assets or any banking accounts.

6. I do not have any dependants.

7. My present debt is $12,277.00.

8. My monthly expenses are approximately $40.00.

9. As a confined prisoner I cannot execute a contract for a loan.

10. I have been unable to locate an attorney who would accept this case on a pro bono basis.

11. I have not been able to locate an attorney

-1-

who will assist me with the costs of this action or to appeal the court's judgment.

12. I am a layperson untrained in the law and have little experience in preparing papers and briefs on appeal. The TDCJ does not allow me to use its materials or equipment for duplicating those documents which are required to prepare the appendix under Rule 38.5 of the Rules of Appellate Procedure. I do not have access to, or a means, any other resources for having duplicates made.

I understand fully that any false statements or information in this declaration could subject me to penalties of perjury. I declare, consistent with Chapter 132 of the Texas Civil Practice and Remedies Code, that the foregoing is true and correct.

EXECUTED on this, the EIGHTEENTH day of JANUARY, 2015.

Declarant Further Says Naught,

_Kalluvilayil, B._

BABU S. KALLUVILAYIL, Declarant
Robertson Unit, TDCJ No. 584445
12071 FM 3522
Abilene, Texas 79601-8799

-2-

## CERTIFICATE OF SERVICE

I certify that the following has been served with a true and correct carbon copy of the attached NOTICE OF APPEAL and DECLARATION OF INDIGENCE on the TWENTIETH day of JANUARY, 2015, by regular U.S. Postal Service first class mail by depositing same into the prison's internal Legal Mail System under the Prison Mailbox Rule, enclosed in a postpaid and properly addressed envelope mailed to:

Dallas County Criminal District Attorney
Frank Crowley Courts Building
133 N. Riverfront Boulevard
Dallas, Texas 75207


SIGNED: January 19, 2015

_Kalluvilavil, B._
BABU S. KALLUVILAVIL

Gordon R. Simmonds
932489 Robertson Unit
12071 FM 3522
Abilene, Texas 79601-8799



NORTH HOUSTON TX 773

22 JAN 2015 PM 8 L

Hon. Gary Fitz Simmons, Clerk
Frank Crowley Courts Building
133 N. Riverfront, Blvd., LB-12
Dallas, TX 75207-4313

752074341i2

JAN 12 10 2015

LEGAL MAIL

PRIVILEGED OFFENDER MAIL
NOT INSPECTED BY TEXAS
DEPARTMENT OF CRIMINAL
JUSTICE - CORRECTIONAL
INSTITUTIONS DIVISION

F91-00956-H

| | | |
|---|---|---|
| THE STATE OF TEXAS | § | IN THE CRIMINAL |
| | § | |
| vs. | § | DISTRICT COURT OF |
| | § | |
| BABU SAMUEL KALLUVILAYIL | § | DALLAS COUNTY, TEXAS |

## ORDER DENYING KALLUVILAYIL'S MOTION
## FOR POST-CONVICTION DNA TESTING

The Court, after considering the pleadings of Babu Samuel Kalluvilayil and the State, the record, and the requirements of Chapter 64 of the Texas Code of Criminal Procedure, concludes that Kalluvilayil is not entitled to post-conviction DNA testing.

The Court FINDS that Kalluvilayil has not established by a preponderance of the evidence that he would not have been convicted if exculpatory results had been obtained through DNA testing. *See* Tex. Code Crim. Proc. Ann. art. 64.03(a)(2)(A) (West Supp. 2013).

Accordingly, Kalluvilayil's motion for post-conviction DNA testing is DENIED.

THE CLERK IS ORDERED to send a copy of this Court's order to Julie Doucet, counsel for movant, 133 N. Riverfront Blvd., LB-2, Dallas, Texas 75207; and to counsel for the State, Johanna H. Kubalak, 133 N. Riverfront Blvd., LB-19, Dallas, Texas 75207.

Signed and entered this 24 day of Oct., 2014.

Judge Robert Burns
Criminal District Court
Dallas County, Texas